*Exhibit A*



CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------X

BAYONNE KALI,                                                                Index No.

                                Plaintiff,                      SUMMONS        021426

                -against-                                       Basis of Venue:
                                                               Plaintiff's Residence

EQUIFAX,
                                                               Plaintiff's Address:
                                Defendant.                      1010 Pacific St., Apt. 203
                                                               Brooklyn, NY 11238
------------------------------------------------------------X

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City of New York,
County of Kings, at the office of said court at 141 Livingston St., Brooklyn, NY 11201 within
the time provided by law as noted below and to file your answer to the annexed complaint with
the Clerk. Upon your failure to answer, judgment will be taken against you for the sum of
$20,000.00, and interest from August 22, 2024 together with the costs and disbursements of this
action.

Dated: September 25, 2024
       New York, New York

                                        Sincerely,

                                        *Pablo Bustos*

FILED                                   Pablo E. Bustos, Esq.
                                        Bustos & Associates, P.C.
SEP 25 2024                             70 West 40th Street, 8th Floor
                                        New York, New York 10018
CIVIL COURT                             pbustos@bustosassociates.com
KINGS COUNTY                            Phone: (212) 970-6727

To:    EQUIFAX
       1550 Peach Tree Street NW
       Atlanta, GA 30309

NOTE : The law provides that : (a) If this summons is served by its delivery to you personally within the
City of New York, you must appear and answer within TWENTY days after such service; or (b) If this
summons is served by delivery to any person other than you personally, or is served outside of the City of
New York, or by publication, or by any means other than personal delivery to you with the City of New
York, you are allowed THIRTY days after proof of service thereof is filed with the Clerk of the Court
within which to appear and answer.

CIVIL COURT OF THE STATE OF NEW YORK
KINGS COUNTY
-------------------------------------------------------X

BAYONNE KALI,                                            Civil Action No.:

               Plaintiff,

     -against-                                     **COMPLAINT**

EQUIFAX,                                                **DEMAND FOR JURY TRIAL**

             Defendant(s).
-------------------------------------------------------X

    Plaintiff BAYONNE KALI ("Plaintiff"), by and through her attorneys, Bustos & Associates, P.C., as and for his Complaint against the Defendant TRANSUNION hereinafter referred to as Defendant"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

    1.    Plaintiff brings this action on her own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended,* of Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act ("FCRA").

## PARTIES

    2.    Plaintiff BAYONNE KALI is a resident of the State of NEW YORK, residing in Brooklyn.

    3.    Defendant EQUIFAX is a Georgia corporation and has a place of business in Atlanta, GA.

    4.    The Defendant is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as

defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.    The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201. The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.    Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.    The Plaintiff obtained a copy of her credit report on July 19th, 2024 and noticed several accounts reporting with inaccurate information. Based on this information the Plaintiff wrote a dispute letter to the Defendant disputing eleven accounts, dated July 22nd, 2024 stating:

Dear Equifax

PLEASE INVESTIGATE THE FOLLOWING ACCOUNTS FOR INACCURACIES AND

DISCREPANCIES:

- JEFFERSON CAPITAL SYSTEMS ACCT#: 373488XXXXX - I do not recognize this account and I do not have a balance of $757. Please investigate balance
- PORTFOLIO RECOV ASSOC ACCT#: 444796XXXXXX - I do not recognize this account and I do not have a balance of

$1088. Please investigate balance

- PORTFOLIO RECOV ASSOC ACCT#: 444796XXXXXX - I do not recognize this account and I do not have a balance of $1021. Please investigate balance

- POPULAR BANK ACCT#: 820168xxxxxx - I have always paid this account on time yet they are reporting me as late for July 2019.

- SELF FINANCIAL/ LEAD BANK ACCT#: 112492XXXXX - I have always paid this account on time yet they are reporting me as late for Oct and Nov of 2022

- COAF ACCT#: 620101XXXXX - The vehicle was sold for full balance so there should be no balance reporting on my report for $27,782.

- SABLE/ COASTAL COMM BANK ACCT#: 399009XXXX - This account was a secured account that always had funds available hence there should be no reason that there were late remarks posted on my file from August through October 2022.

- DISCOVER BANK ACCT#: 601100XXXXXX - I paid this account in full 2018 and it is reporting payment was last received 3/2021 and is past due in the amount of $1941 which is inaccurate.

- CREDIT ONE BANK ACCT#: 447796XXXXX - Account was

always paid on time and was never late; reporting 5

late remarks which is not correct yet the report shows

more than 5 late remarks - late from Feb 2023 through

Nov 2023 and a separate late remark for Nov 2022.

• CREDIT ONE BANK ACCT#: 447796XXXXX - Account was

always paid on time and was never late; reporting 6

late remarks which is not correct yet the report shows

more than 6 late remarks - late from Jan 2023 through

Nov 2023 and a separate late remarks for Sept and Oct

2022.

• DESERVE INC/ CELTIC BANK ACCT#: 90000XXXXXXX - NEVER

HAD AN ACCOUNT WITH THIS BANK ... IT IS NOT MINE AND I

NEVER HAD A $300 LIMIT WITH THEM.

9. Experian never responded.

10. The Plaintiff pulled her credit report on Sept. 11th, 2024 and saw that one account

had been deleted and six accounts were marked as disputed with corrections.

11. The rest of the disputed accounts were not deleted, marked as disputed or verified.

12. The Defendant failed to properly investigate the remaining disputed accounts and

failed to respond within the 30 day requirement by letter to the Plaintiff, with either a verification

or deletion, and thereby violated the Plaintiff's rights under the FCRA.

## FIRST CAUSE OF ACTION
### (Violations of the FCRA)

13. Plaintiff repeats, reiterates and incorporates the allegations contained in

paragraphs numbered "1" through "12" herein with the same force and effect as if the same were set forth at length herein.

15.    15 USC §1681i(a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

16.    The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable investigation by either verifying the remaining disputed accounts or deleting them within the required 30 day period. Further the Defendant failed to respond in writing to the Plaintiff within the required 30 day required period.

17.    The Defendant violated the Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

18.    As a result, Defendant violated 15 USC §1681e(b), Plaintiff suffered actual

damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

19. The violations by the Defendant of 15 USC §1681e (b) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

20. After receiving the Plaintiffs dispute, Defendant negligently failed to conduct a reasonable reinvestigation as required by 15 USC §1681i. As a direct and proximate cause of Defendant's negligent failure to perform its duties under FCRA, The Plaintiff has suffered actual damages, mental anguish and suffering, humiliation, and embarrassment.

21. Defendant is liable to the Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

22. Defendant prepared, compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

23. Such reports contained information about the Plaintiff that was false, misleading, and inaccurate.

24. The Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiffs dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiff's credit files.

25. As a result of the Defendant violations of 15 USC §1681i(a), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation,

embarrassment, humiliation and other mental, physical and emotional distress.

26.    The violations by the Defendant of 15 USC §1681i(a) were willful, rendering then liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendants were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

27.    As a result of the Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation and other mental, physical and emotional distress.

28.    The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

29.    The Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

30.    Plaintiff is entitled to recover actual damages, statutory damages, costs and attorney fees from the Defendant(s) in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §

31.    **WHEREFORE**, Plaintiff demands judgment for actual, statutory, and punitive damages against Defendants, jointly and severally; for his attorneys' fees and costs, for prejudgment and post-judgment interest at the judgment rate, and such other relief the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

32.    Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment from the Defendant:

A.    For statutory, actual and punitive damages provided and pursuant to the FCRA,15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2)

B.    For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

C.    A Declaration that the Defendant's practices violated the FCRA and,

D.    For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:    New York, New York
September 25, 2024

Respectfully submitted,

By: *Pablo Bustos*

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727
*Attorneys for the Plaintiff*

CIVIL COURT OF THE STATE OF NEW YORK
KINGS COUNTY

BAYONNE KALI,

Civil Action No.:

                          Plaintiff,

        -against-

EQUIFAX,

                     Defendant.

## COMPLAINT

July  22, 2024

Bayonne Kali - Tchiyembi
1010 Pacific St apt 203
Brooklyn, NY 11238

DOB:  12/22/1990
SSN#:

EQUIFAX
P.O. BOX 105319
ATLANTA, GA 30348

Dear Equifax

PLEASE INVESTIGATE THE FOLLOWING ACCOUNTS FOR INACCURACIES AND

DISCREPANCIES:

- JEFFERSON CAPITAL SYSTEMS ACCT#: 373488XXXXX - I do not recognize this account and I do not have a balance of $757. Please investigate balance
- PORTFOLIO RECOV ASSOC ACCT#: 444796XXXXXX - I do not recognize this account and I do not have a balance of $1088. Please investigate balance
- PORTFOLIO RECOV ASSOC ACCT#: 444796XXXXXX - I do not recognize this account and I do not have a balance of $1021. Please investigate balance
- POPULAR BANK ACCT#: 820168xxxxxx - I have always paid this account on time yet they are reporting me as late for July 2019.
- SELF FINANCIAL/ LEAD BANK ACCT#: 112492XXXXX - I have always paid this account on time yet they are reporting me as late for Oct and Nov of 2022
- COAF ACCT#: 620101XXXXX - The vehicle was sold for full balance so there should be no balance reporting on my report for $27,782.
- SABLE/ COASTAL COMM BANK ACCT#: 399009XXXX - This account was a secured account that always had funds available hence there should be no reason that there were late remarks posted on my file from August through October 2022.
- DISCOVER BANK ACCT#: 601100XXXXXX - I paid this account in full 2018 and it is reporting payment was last received 3/2021 and is past due in the amount of $1941 which is inaccurate.
- CREDIT ONE BANK ACCT#: 447796XXXXX - Account was always paid on time and was never late; reporting 5

late remarks which is not correct yet the report shows more than 5 late remarks - late from Feb 2023 through Nov 2023 and a separate late remark for Nov 2022.
- CREDIT ONE BANK ACCT#: 447796XXXXX - Account was always paid on time and was never late; reporting 6 late remarks which is not correct yet the report shows more than 6 late remarks - late from Jan 2023 through Nov 2023 and a separate late remarks for Sept and Oct 2022.
- DESERVE INC./ CELTIC BANK ACCT#: 90000XXXXXXX - NEVER HAD AN ACCOUNT WITH THIS BANK .. IT IS NOT MINE AND I NEVER HAD A $300 LIMIT WITH THEM

Please process my request accordingly and make all the proper changes.


Sincerely,

Bayonne Kali - Tchiyembi

View report from

Jul 19, 2024

You are viewing an out-of-date report. This does not reflect your current score.

## BAYONNE KALI TCHIYEMBI

**617**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information







BAYONNE KALI TCHIYEMBI

BAYONNE KALI

BAYONNE KALI-TCHIYEMBI

BAYONNE KALI TCHIYEMBI

EMPLOYMENT INFO

BLOOMBERG LP

ADDRESSES REPORTED

244 HOWARD AVE APT 201
BROOKLYN, NY
11233

1010 PACIFIC ST APT 203
BROOKLYN, NY
11238

PO BOX 51269
LOS ANGELES, CA
90051

813 VAN SINDEREN AVE
BROOKLYN, NY
11207

177 KOSCIUSZKO ST #1
BROOKLYN, NY
11216

## Accounts

Here's every account on your Equifax report. Click on the account name for more details.

AUTO LOANS

CAPITAL ONE AUTO FIN                                          $27,782.00


Today


Credit


Cards


Loans

Money

## Overview

You have **100%** left to pay on this loan.

Balance
$27782

Highest Balance
$26857

Monthly payment

No Info

Opened

Feb. 17, 2022 (2 yrs, 6 mos)

Term

80 months

## Payment History

You've made **60%** of payments for this account on time.

|       | J | F | M | A | M | J | J | A | S | O | N | D |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024  | ⊚ | ⊚ |   |   |   |   |   |   |   |   |   |   |
| 2023  | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ |
| 2022  |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |

✓ Current    ✗ Late    ⊚ Unknown

Last payment

Jul. 01, 2023

Current Payment Status

In Repossession

Worst Payment Status

In Repossession

 Today     Credit     Cards     Loans     Money

| | |
|---|---|
| Account status | Closed |
| Type | Auto |
| Responsibility | Individual Account. |
| Remarks | Involuntary repossession |
| | Fixed rate |
| Times 30/60/90 days late | 4/3/3 |
| Closed | No Info |

**Creditor Information**

CAPITAL ONE AUTO FIN
PO BOX 259407
PLANO, TX 75025

(800) 946-0332

## CREDIT CARDS

**SIREN WSFS UNICORN**                                    $0.00
Reported: Jul. 01, 2024                          In good standing

### Overview

You're currently using 0% of your account's limit.

Balance                                           Credit limit
$0                                                $1500




Today        Credit        Cards        Loans        Money

Opened                                              Jun. 02, 2021 (3 yrs, 3 mos)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 |   |   |   |   |   | ⦿ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current     ✗ Late     ⦿ Unknown

Last payment                                        Jan. 01, 2023

Current Payment Status                              Current

Amount past due                                     $0

Worst Payment Status                                Current

## Account Details

Account status                                      Open

Type                                                Credit Card

Responsibility                                      Individual Account.

Remarks                                             No Info

Times 30/60/90 days late                            0/0/0

Closed                                              No Info


Today


Credit


Cards


Loans


Money

**Creditor information**

SIREN WSFS UNICORN
500 DELAWARE AVE
WILMINGTON, DE 19801

(877) 400-2169

**CHIMEFIN/STRIDE BANK**                                           $0.00
Reported: Jun. 03, 2024                                    In good standing

### Overview

You're currently using **0%** of your account's limit.

Balance                                                    Credit limit
$0                                                         No Info

Monthly payment                                            No Info

Opened                                          Dec. 01, 2020 (3 yrs, 9 mos)

### Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |


Today


Credit


Cards


Loans


Money

✓ Current      ✗ Late      ⚙ Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2023 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Open |
| Type | Secured Credit Card |
| Responsibility | Individual Account |
| Remarks | Fixed rate |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

## Creditor Information

CHIMEFIN/STRIDE BANK
101 CALIFORNIA STREET, SUITE
SAN FRANCISCO, CA 94108

(580) 233-3535


Today


Credit


Cards


Loans

Money



## Overview

You're currently using **153%** of your account's limit.

Balance
$1527

Credit limit
$1000

Monthly payment

No Info

Opened

Feb. 03, 2022 (2 yrs, 7 mos)

## Payment History

You've made **55%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |   |   |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2022 |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

Last payment

Jun. 01, 2023

Current Payment Status

Charge-off

Amount past due

$995

Worst Payment Status

Charge-off







Account status                                    Closed

Type                                              Credit Card

Responsibility                              Individual Account.

Remarks                                  Charged off account

Times 30/60/90 days late                            1/1/11

Closed                                            No info

**Creditor Information**

THE BANK OF MISOURI
960 S BISHOP AVE
ROLLA, MO 65401

(866) 449-4514

**DISCOVER BANK**                        $1,941.00
Reported: Jul. 08, 2024                     Closed

**Overview**








| Balance | Credit limit |
|---|---|
| $1941 | $1750 |

| Monthly payment | No Info |
|---|---|

| Opened | Nov. 30, 2017 (6 yrs, 9 mos) |
|---|---|

## Payment History

You've made **13%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |   |   |   |   |   |   |
| 2023 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2022 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |
| 2021 | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ | ✖ |

✔ Current    ✖ Late    ⦿ Unknown

| Last payment | Mar. 01, 2021 |
|---|---|
| Current Payment Status | Charge-off |
| Amount past due | $1941 |
| Worst Payment Status | Charge-off |



Today

Credit


Cards


Loans


Money

Account status

Closed

Type

Credit Card

Responsibility

Individual Account.

Remarks

Charged off account

Times 30/60/90 days late

2/1/67

Closed

No Info

**Creditor Information**

DISCOVER BANK
PO BOX15316
WILMINGTON, DE 19850-5316

(800) 347-2683

**OPENSKY CAPITAL BANK**
Reported: Jul. 04, 2024

**$141.00**
**Closed**

**Overview**

\







**Balance**
$141

Monthly payment

Opened

**Credit limit**
$200

No Info

Jun. 04, 2021 (3 yrs, 3 mos)

## Payment History

You've made **41%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ |
| 2021 |   |   |   |   |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current     ✕ Late     ◉ Unknown

Last payment

Current Payment Status

Amount past due

Worst Payment Status

Sep. 01, 2022

Charge-off

$141

Charge-off


Today


Credit


Cards


Loans


Money

Account status                               Closed

Type                              Credit Card

Responsibility                     Individual Account.

Remarks                   Charged off account

Times 30/60/90 days late          1/1/20

Closed                         No Info

**Creditor Information**

OPENSKY CAPITAL BANK
ONE CHURCH STREET
ROCKVILLE, MD 20850

(800) 859-6412

**AVANT / WEBBANK**                    $632.00
Reported: Jul. 01, 2024                  **Closed**

**Overview**


Today


Credit


Cards


Loans


Money

Balance
$632

Credit limit
$300

Monthly payment

No Info

Opened

Feb. 02, 2022 (2 yrs, 7 mos)

## Payment History

You've made **52%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | | | | | | |
| 2023 | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ | ✗ | ✗ | ✗ |
| 2022 | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown

Last payment                                        Feb. 01, 2023

Current Payment Status                              Charge-off

Amount past due                                     $632

Worst Payment Status                               Charge-off


Today


Credit


Cards


Loans


Money

Account status

Closed

Type

Credit Card

Responsibility

Individual Account

Remarks

Charged off account

Account closed by credit grantor

Times 30/60/90 days late

1/1/13

Closed

No Info

**Creditor Information**

AVANT / WEBBANK
222 MERCHANDISE MART PLZ,
CHICAGO, IL 60654

(855) 282-6822

## MISSION LANE TAB BAN

Reported: Jun. 27, 2024

$1,028.00
**Closed**

### Overview

You're currently using **137%** of your account's limit.

Balance
$1028

Credit limit
$750


Today


Credit


Cards


Loans

Money

Opened                                          Apr. 02, 2022 (2 yrs, 5 mos)

## Payment History

You've made **35%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ |  |  |  |  |  |  |  |
| 2023 | ✕ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 |  |  |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ |

✓ Current    ✕ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Feb. 01, 2023 |
| Current Payment Status | Charge-off |
| Amount past due | $1028 |
| Worst Payment Status | Charge-off |

## Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 2/2/13 |
| Closed | Sep. 01, 2023 |







101 2ND STREET., SUITE 350
SAN FRANCISCO, CA 94105

(415) 462-0280

**CAPITAL ONE BANK USA**                                    **$776.00**
Reported: Jun. 18, 2024                                      **Closed**

### Overview

You're currently using **155%** of your account's limit.

Balance                                                    Credit limit
$776                                                        $500

Monthly payment                                            No Info

Opened                                                     May 14, 2021 (3 yrs, 4 mos)

### Payment History

You've made **54%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ |   |   |   |   |   |   |   |
| 2023 | ✗ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ |
| 2021 |   |   |   | ⬡ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |

✓ Current    ✗ Late    ⬡ Unknown

Last payment                                               Feb. 01, 2023



Today


Credit


Cards


Loans


Money

Worst Payment Status

Charge-off

## Account Details

Account status

Closed

Type

Credit Card

Responsibility

Individual Account.

Remarks

Charged off account
Account closed by credit grantor

Times 30/60/90 days late

2/2/13

Closed

No Info

### Creditor Information

CAPITAL ONE BANK USA
PO BOX 31293
Salt Lake City, UT 84131-1293

(800) 955-7070

## DESERVE/CELTIC BANK
Reported: Jun. 05, 2024

$242.00
Closed

### Overview

You're currently using **81%** of your account's limit.


Today


Credit


Cards


Loans


Money

Monthly payment

No Info

Opened

Nov. 09, 2017 (6 yrs, 10 mos)

## Payment History

You've made **23%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✓ Current    ✕ Late    ◉ Unknown

Last payment

Jun. 01, 2021

Current Payment Status

Charge-off

Amount past due

$242

Worst Payment Status

Charge-off


Cards


Loans


Money

Today    Credit    Cards    Loans    Money

Account status                                                Closed

Type                                                          Credit Card

Responsibility                                      Individual Account.

Remarks                                            Charged off account
                                          Account closed by credit grantor

Times 30/60/90 days late                                       1/1/59

Closed                                                        No Info

**Creditor Information**

DESERVE/CELTIC BANK
195 PAGE MILL RD UNIT 109
PALO ALTO, CA 94306

(800) 418-2362

**CREDIT ONE BANK**                                          **$0.00**
Reported: Feb. 16, 2024                                      **Closed**

**Overview**

You're currently using **0%** of your account's limit.

Balance                                                 Credit limit
$0                                                           $450


Today


Credit

Cards


Loans


Money

Opened

Jun. 19, 2018 (6 yrs, 2 mos)

Today Credit Cards Loans Money

## Payment History

You've made **90%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | | | | | | | | | | | |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ● | ● | ● | ● | ● | ● | ✓ |
| 2022 | ● | ● | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✓ | ✓ |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✓ Current     ✗ Late     ● Unknown

| | |
|---|---|
| Last payment | Jan. 01, 2023 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 2/2/9 |
| Closed | No Info |


Today


Credit


Cards


Loans


Money

LAS VEGAS, NV 89113

(877) 825-3242

## CREDIT ONE BANK
Reported: Feb. 16, 2024

**$0.00**
**Closed**

### Overview

You're currently using **0%** of your account's limit.

Balance
$0

Credit limit
$650

Monthly payment

No Info

Opened

Jul. 09, 2021 (3 yrs, 2 mos)

### Payment History

You've made **81%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | | | | | | | | | | | |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ | ◉ | ◉ | ◉ | ◉ | ✓ | ✓ |
| 2022 | ◉ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ | ✓ |
| 2021 | | | | | | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current     ✗ Late     ◉ Unknown

Last payment

Jan. 01, 2023

Current Payment Status

Current

Today          Credit          Cards          Loans          Money

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account |
| Remarks | No Info |
| Times 30/60/90 days late | 2/1/8 |
| Closed | No Info |

### Creditor Information

CREDIT ONE BANK
6801 S. CIMARRON ROAD
LAS VEGAS, NV 89113

(877) 825-3242

## KIKOFF LENDING LLC
Reported: Jun. 30, 2023

$0.00
Closed

### Overview

You're currently using **0%** of your account's limit.

Balance

Credit limit



Today          Credit          Cards          Loans          Money

Opened

Aug. 22, 2022 (2 yrs)

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | | | | | | | |
| 2022 | | | | | | | | ✔ | ✔ | ✔ | ✔ | ✔ |

✔ Current    ✘ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Jun. 01, 2023 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Jun. 01, 2023 |


Today


Credit


Cards


Loans


Money

200 SOUTH VIRGINIA AVE, SUITE
RENO, NV 89501

(775) 993-6992

**CREDIT ONE BANK**
Reported: Oct. 13, 2023

$1,021.00
**Closed**

## Overview

You're currently using **227%** of your account's limit.

Balance
$1021

Monthly payment

Opened

Credit limit
$450

No Info

Jun. 19, 2018 (6 yrs, 2 mos)

## Payment History

You've made **86%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Amount past due | $1021 |
| Worst Payment Status | Charge-off |

## Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 4/2/4 |
| Closed | No Info |

## Creditor Information

CREDIT ONE BANK
6801 S. CIMARRON ROAD
LAS VEGAS, NV 89113

(877) 825-3242

**SABLE/CCB**
Reported: Dec. 01, 2022

**$0.00**
**Closed**

## Overview

You're currently using **0%** of your account's limit






Monthly payment                                                    No Info

Opened                                        May 26, 2021 (3 yrs, 3 mos)

**Payment History**

You've made **79%** of payments for this account on time.

|       | J | F | M | A | M | J | J | A | S | O | N | D |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ◉ |   |
| 2021  |   |   |   |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown

Last payment                                           Nov. 01, 2022

Current Payment Status                                       Current

Amount past due                                                  $0

Worst Payment Status                                         Current

**Account Details**

Account status                                       Paid and Closed

Type                                              Secured Credit Card

Responsibility                                     Individual Account.

Remarks                                       Variable/adjustable Rate

Times 30/60/90 days late                                      1/1/2

Closed                                                 Nov. 01, 2022


Today


Credit


Cards


Loans


Money



### Creditor Information

SABLE/CCB
287 PARK AVE S, SUITE 825
NEW YORK, NY 10010

(833) 583-8383

### CREDIT ONE BANK
Reported: Jan. 19, 2022

$577.00
Closed

### Overview

You're currently using **192%** of your account's limit.

Balance
$577

Credit limit
$300

Monthly payment

No Info

Opened

Feb. 07, 2019 (5 yrs, 7 mos)

### Payment History

You've made **74%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ |
| 2020 | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ◉ | ✗ | ✓ |
| 2019 |   | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ✓ | ✓ | ✗ |   |

✓ Current    ✗ Late    ◉ Unknown

Today    Credit    Cards    Loans    Money

Amount past due                                          $577

Worst Payment Status                               Charge-off

## Account Details

Account status                                          Closed

Type                                              Credit Card

Responsibility                              Authorized User

Remarks                                  Charged off account

Account previously in dispute - Now resolved by data furnisher

Times 30/60/90 days late                              3/2/5

Closed                                              No Info

### Creditor Information

CREDIT ONE BANK
6801 S. CIMARRON ROAD
LAS VEGAS, NV 89113

(877) 825-3242

**CAPITAL ONE BANK USA**                              $0.00
Reported: Jul. 16, 2021                             Closed

Overview


Today


Credit

Cards


Loans

Money

Monthly payment

$25

Opened

May 30, 2021 (3 yrs, 3 mos)

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | ⊚ | ✓ | | | | | | |

✓ Current    ✗ Late    ⊚ Unknown

Last payment                                      Jul. 01, 2021

Current Payment Status                            Current

Amount past due                                   $0

Worst Payment Status                              Current

## Account Details

Account status                                    Closed

Type                                              Credit Card

Responsibility                                    Terminated

Remarks                                           No Info

Times 30/60/90 days late                          0/0/0

Closed                                            No Info


Today

Credit


Cards


Loans


Money

## Creditor Information

CAPITAL ONE BANK USA
PO BOX 31293
Salt Lake City, UT 84131-1293

(800) 955-7070

Hide closed (14)

OTHER LOANS

### SELF/LEAD BANK
Reported: Dec. 31, 2022

$0.00
Closed

#### Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $724 |
| Monthly payment | No Info |
| Opened | May 17, 2021 (3 yrs, 3 mos) |
| Term | 24 months |

#### Payment History

You've made **89%** of payments for this account on time

 Today     Credit    Cards     Loans    Money

2021

✓ Current    ✗ Late    ⊙ Unknown

| Last payment | Dec. 01, 2022 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

## Account Details

| Account status | Paid and Closed |
| Type | Secured |
| Responsibility | Individual Account |
| Remarks | Fixed rate |
| Times 30/60/90 days late | 1/1/0 |
| Closed | Dec. 01, 2022 |

## Creditor Information

SELF/LEAD BANK
1801 MAIN STREET
KANSAS CITY, MO 64108

(816) 773-6207

**LOQBOX FINANCE LLC**

**$0.00**


Today


Credit

Cards


Loans


Money

## Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $240 |
| Monthly payment | No info |
| Opened | Jun. 05, 2021 (3 yrs, 3 mos) |
| Term | 12 months |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | | | | | | | | |
| 2021 | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ● Unknown

| | |
|---|---|
| Last payment | May 01, 2022 |
| Current Payment Status | Current |
| Worst Payment Status | Current |


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Secured |
| Responsibility | Individual Account |
| Remarks | Fixed rate |
| Times 30/60/90 days late | 0/0/0 |
| Closed | May 01, 2022 |

**Creditor Information**

LOQBOX FINANCE LLC
225 DYER STREET STREET
PROVIDENCE, RI 02903

(646) 975-9383

**POPULAR BANK**                                  $0.00
Reported: Jul. 26, 2021                           **Closed**

**Overview**

You have **0%** left to pay on this loan.

Balance                                Highest Balance
$0                                     $2500


Today


Cards


Loans


Money

| Opened | Apr. 24, 2019 (5 yrs, 4 mos) |
|---|---|
| Term | No Info |

## Payment History

You've made **96%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |   |   |   |   |   |   |
| 2020 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2019 |   |   |   | ◉ | ◉ | ◉ | ✕ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current    ✕ Late    ◉ Unknown

| Last payment | Jul. 01, 2019 |
|---|---|
| Current Payment Status | 30-59 Days Late |
| Worst Payment Status | 30-59 Days Late |

## Account Details

| Account status | Paid and Closed |
|---|---|
| Type | Secured |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 1/0/0 |
| Closed | Jul. 01, 2019 |


Today


Credit


Cards


Loans


Money

7 WEST 51ST STREET
NEW YORK, NY 10019

(212) 445-1800

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**GLOBAL LENDING SERVI**
Inquiry: Mar. 08, 2024

**Auto Financing**
**(877) 298-1345**

### Institution Information

GLOBAL LENDING SERVI
1200 BROOKFIELD
GREENVILLE, SC
29607-6583
(877) 298-1345

**SMG AUTOMOTIVE HOLDI**
Inquiry: Mar. 08, 2024

**Automobile Dealers, New**
**(718) 713-3000**


Today


Credit


Cards


Loans


Money



## Institution Information

SMG AUTOMOTIVE HOLDI
2286 FLATBUSH AVE
BROOKLYN, NY
11367-4518
(718) 713-3000

## EDAID LIMITED
Inquiry: Aug. 23, 2023

**Miscellaneous**
(929) 888-9294

## Institution Information

EDAID LIMITED
175 VARICK ST
NEW YORK, NY
10014
(929) 888-9294

## FAMILY FIRST OF NY F
Inquiry: Jun. 30, 2023

**Credit Unions**
(585) 586-8225

## Institution Information

FAMILY FIRST OF NY F
2520 BROWNCROFT BLVD
ROCHESTER, NY
14625-1526
(585) 586-8225


Today


Credit


Cards


Loans


Money

No contact information has been reported by this creditor.

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

**PORTFOLIO RECOVERY A**
Reported: Jul. 09, 2024

**$1,088.00**
**Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $1088 | $1088 |
| Opened | Oct. 25, 2023 (10 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account |
| Remarks | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |


Today


Credit


Cards


Loans


Money



## Creditor Information

PORTFOLIO RECOVERY A
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

## PORTFOLIO RECOVERY A
Reported: Jul. 09, 2024

$1,021.00
**Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| | Highest Balance |
| Balance | $1021 |
| $1021 | |
| Opened | Oct. 25, 2023 (10 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account. |
| Remarks | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |


Today


Credit


Cards


Loans


Money

120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

**JEFFERSON CAPITAL LL**
Reported: Jun. 29, 2024

**$757.00**
**Needs Attention**

### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $757 | $757 |
| Opened | Oct. 19, 2023 (10 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account |
| Remarks | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |

### Creditor Information

Today    Credit    Cards    Loans    Money




## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

*Lookin' good! As of Jul. 19, 2024, you have no public records on your report.*

## Suggested for your credit

Suggested cards

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

Advertiser Disclosure

## OpenSky® Launch Secured Visa® Credit Card



★★★☆☆
22 Reviews

 Your chance of approval is **excellent**



**MIN. DEPOSIT**

$100

Refundable

**ANNUAL FEE** ⓘ

$24 for the first year, then $36 thereafter

**REGULAR PURCHASE APR**

29.99%* Variable

**REWARDS RATE** ⓘ

10%

Cash Back







See details, rates, and fees


Today


Credit


Cards


Loans


Money



View report from

Sep 11, 2024

# BAYONNE KALI TCHIYEMBI

**627**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information







BAYONNE KALI TCHIYEMBI

BAYONNE KALI

BAYONNE KALI-TCHIYEMBI

BAYONNE KALI TCHIYEMBI

EMPLOYMENT INFO

BLOOMBERG LP

ADDRESSES REPORTED

📍 244 HOWARD AVE APT 201
   BROOKLYN, NY
   11233

📍 1010 PACIFIC ST APT 203
   BROOKLYN, NY
   11238

📍 PO BOX 51269
   LOS ANGELES, CA
   90051

📍 813 VAN SINDEREN AVE
   BROOKLYN, NY
   11207

📍 177 KOSCIUSZKO ST #1
   BROOKLYN, NY
   11216

# Accounts

Here's every account on your Equifax report. Click on the account name for more details.

AUTO LOANS

CAPITAL ONE AUTO FIN                                    $11,227.00

 Today   Credit   Cards   Loans   Money

## Overview

You have **100%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $11227 | No Info |
| Monthly payment | No Info |
| Opened | Feb. 17, 2022 (2 yrs, 6 mos) |
| Term | 80 months |

## Payment History

You've made **67%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | | | | | |
| 2023 | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ |
| 2022 | | ◉ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |

✓ Current     ✗ Late     ◉ Unknown

| | |
|---|---|
| Last payment | Apr. 01, 2024 |
| Current Payment Status | Charge-off |
| Worst Payment Status | Charge-off |


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Auto |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| | Consumer disputes this account information |
| | Charged off account |
| | Involuntary repossession |
| Times 30/60/90 days late | 4/3/3 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

CAPITAL ONE AUTO FIN
PO BOX 259407
PLANO, TX 75025

(800) 946-0332

**CREDIT CARDS**


Today


Credit


Cards


Loans


Money

## Overview

You're currently using **0%** of your account's limit.

| | |
|---|---|
| **Balance** | **Credit limit** |
| $0 | $1500 |
| **Monthly payment** | **No Info** |
| **Opened** | Jun. 02, 2021 (3 yrs, 3 mos) |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | | | |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | | | | | | ◎ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current     ✗ Late     ◎ Unknown

| | |
|---|---|
| Last payment | Jan. 01, 2023 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Open |
| Type | Credit Card |
| Responsibility | Individual Account |
| Remarks | No Info |
| Times 30/60/90 days late | 0/0/0 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

SIREN WSFS UNICORN
ATTN UNICORN FCRA DISPUTES P O BOX 30281
PHILADELPHIA, PA 19103

(877) 799-3077

**CHIMEFIN/STRIDE BANK**                              **$0.00**
Reported: Aug. 03, 2024                        **In good standing**

**Overview**

 Today     Credit     Cards     Loans     Money

Monthly payment                                              No Info

Opened                                      Dec. 01, 2020 (3 yrs, 9 mos)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |   |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current      ✗ Late      ◎ Unknown

Last payment                                      Dec. 01, 2023

Current Payment Status                                 Current

Amount past due                                            $0

Worst Payment Status                                   Current


Today


Credit


Cards


Loans


Money

Open

Account status

Type

Secured Credit Card

Responsibility

Individual Account

Remarks

Fixed rate

Times 30/60/90 days late

0/0/0

Closed

No Info

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

CHIMEFIN/STRIDE BANK
101 CALIFORNIA STREET, SUITE
SAN FRANCISCO, CA 94108

(580) 233-3535

**DISCOVER BANK**
Reported: Sep. 08, 2024

$1,941.00
Closed

**Overview**


Today


Credit

Cards


Loans


Money

Monthly payment                                    No Info

Opened                                    Nov. 30, 2017 (6 yrs, 9 mos)

## Payment History

You've made **11%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

⌄

✓ Current    ✕ Late    ◉ Unknown

Last payment                                    Mar. 01, 2021

Current Payment Status                          Charge-off

Amount past due                                 $1941

Worst Payment Status                            Charge-off


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 2/1/69 |
| Closed | No Info |

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

### Creditor Information

DISCOVER BANK
PO BOX15316
WILMINGTON, DE 19850-5316

(800) 347-2683

**OPENSKY CAPITAL BANK**                                      $141.00
Reported: Sep. 05, 2024                                      **Closed**

### Overview

    

Today          Credit          Cards.          Loans          Money

Monthly payment

No Info

Opened

Jun. 04, 2021 (3 yrs, 3 mos)



Today



Credit



Cards



Loans



Money



## Payment History

You've made **38%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |   |   |   |   |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ |
| 2021 |   |   |   |   |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current   ✗ Late   ⊙ Unknown

| | |
|---|---|
| Last payment | Sep. 01, 2022 |
| Current Payment Status | Charge-off |
| Amount past due | $141 |
| Worst Payment Status | Charge-off |

## Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 1/1/22 |
| Closed | No info |

## You could dispute an error with Equifax

### SEE AN ERROR?


Today


Credit


Cards


Loans


Money

## Creditor Information

OPENSKY CAPITAL BANK
1900 CAMPUS COMMONS DR SUITE 130
RESTON, VA 20191

(800) 859-6412

### AVANT / WEBBANK
Reported: Sep. 02, 2024

$632.00
**Closed**

## Overview

You're currently using **211%** of your account's limit.

Balance
$632

Credit limit
$300

Monthly payment

No Info

Opened

Feb. 02, 2022 (2 yrs, 7 mos)

## Payment History

You've made **48%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |  |  |  |  |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✕ Late    ◎ Unknown


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Amount past due | $632 |
| Worst Payment Status | Charge-off |

## Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| | Account closed by credit grantor |
| Times 30/60/90 days late | 1/1/14 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

AVANT / WEBBANK
222 MERCHANDISE MART PLZ,
CHICAGO, IL 60654

(855) 282-6822

 Today  Credit  Cards  Loans  Money

## Overview

You're currently using **137%** of your account's limit.

| | |
|---|---|
| **Balance** | **Credit limit** |
| $1028 | $750 |
| **Monthly payment** | **No Info** |
| **Opened** | Apr. 02, 2022 (2 yrs, 5 mos) |

## Payment History

You've made **32%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | | | | | |
| 2023 | ✘ | ✔ | ✔ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ |
| 2022 | | | | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✘ | ✘ |

✔ Current    ✘ Late    ◉ Unknown

| | |
|---|---|
| Last payment | Feb. 01, 2023 |
| Current Payment Status | Charge-off |
| Amount past due | $1028 |
| Worst Payment Status | Charge-off |


Today


Credit


Cards


Loans


Money

Account status                                          Closed

Type                                                    Credit Card

Responsibility                                          Individual Account.

Remarks                                                 Charged off account

Times 30/60/90 days late                                2/2/15

Closed                                                  Sep. 01, 2023

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

MISSION LANE TAB BAN
PO BOX 105286
ATLANTA, GA 30304

(855) 790-8860

**THE BANK OF MISSOURI**                          $1,527.00
Reported: Aug. 16, 2024                              **Closed**

**Overview**


Today


Credit

Cards


Loans


Money



Monthly payment

No Info

Opened

Feb. 03, 2022 (2 yrs, 7 mos)







## Payment History

You've made **53%** of payments for this account on time.

|       | J | F | M | A | M | J | J | A | S | O | N | D |
|-------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024  | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |
| 2023  | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022  |   | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✕ Late    ⊛ Unknown

| | |
|---|---|
| Last payment | Jun. 01, 2023 |
| Current Payment Status | Charge-off |
| Amount past due | $1072 |
| Worst Payment Status | Charge-off |

## Account Details

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 1/1/12 |
| Closed | No Info |

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.


Today


Credit


Cards


Loans


Money

PO Box 400
Dixon, MO 65459-0400

(866) 449-4514

**CAPITAL ONE BANK USA**
Reported: Aug. 13, 2024

**$776.00**
**Closed**

## Overview

You're currently using **155%** of your account's limit.

Balance
$776

Credit limit
$500

Monthly payment

No Info

Opened

May 14, 2021 (3 yrs, 4 mos)

## Payment History

You've made **51%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |   |   |   |   |   |
| 2023 | ✕ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✕ | ✕ | ✕ |
| 2021 |   |   |   |   | ◉ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✕ Late    ◉ Unknown

Last payment

Feb. 01, 2023


Today


Credit


Cards


Loans


Money

Worst Payment Status

Charge-off

## Account Details

Account status

Closed

Type

Credit Card

Responsibility

Individual Account

Remarks

Charged off account
Account closed by credit grantor

2/2/15

Times 30/60/90 days late

No Info

Closed

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

## Creditor Information

CAPITAL ONE BANK USA
PO BOX 31293
Salt Lake City, UT 84131-1293

(800) 955-7070







## Overview

You're currently using **0%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| $0 | $100 |
| Monthly payment | No Info |
| Opened | May 26, 2021 (3 yrs, 3 mos) |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | | | | | |
| 2023 | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ◦ | ◦ | ◦ | ◦ | ◦ | ◦ |
| 2021 | | | | | ◦ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◦ Unknown

| | |
|---|---|
| Last payment | Nov. 01, 2022 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |


Today


Credit


Cards


Loans


Money

Account status                                      Paid

Type                                    Secured Credit Card

Responsibility                          Individual Account

Remarks           Consumer disputes this account information

Times 30/60/90 days late                             0/0/0

Closed                                        Nov. 01, 2022

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

SABLEM/CCBANK
287 PARK AVE S STE 825
NEW YORK, NY 10010-4573

(833) 358-8383

**DESERVE/CELTIC BANK**                          $242.00
Reported: Aug. 16, 2024                           **Closed**

**Overview**

 Today     Credit    Cards     Loans     Money

Monthly payment

No Info

Opened

Nov. 09, 2017 (6 yrs, 10 mos)

## Payment History

You've made **25%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✕ | ✕ | ✕ | ✕ | ✕ | ◎ | ◎ |   |   |   |   |   |
| 2023 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2022 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |
| 2021 | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ | ✕ |

✓ Current    ✕ Late    ◎ Unknown

Last payment

Jun. 01, 2021

Current Payment Status

Charge-off

Amount past due

$242

Worst Payment Status

Charge-off


Today


Credit


Cards


Loans


Money

Account status

Closed

Type

Credit Card

Responsibility

Individual Account.

Remarks

Charged off account

Account closed by credit grantor

1/1/59

Times 30/60/90 days late

No Info

Closed

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

DESERVE/CELTIC BANK
195 PAGE MILL RD STE 109
PALO ALTO, CA 94306-2073

(800) 418-2362

**CREDIT ONE BANK**
Reported: Feb. 16, 2024

$0.00
**Closed**


Today


Credit


Cards


Loans


Money

$0                                                          $400

Monthly payment                                          No Info

Opened                                    Jun. 19, 2018 (6 yrs, 2 mos)

**Payment History**

You've made **90%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ |   |   |   |   |   |   |   |   |   |   |   |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ✓ |
| 2022 | ◉ | ◉ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✓ | ✓ |
| 2021 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current     ✗ Late     ◉ Unknown

Last payment                              Jan. 01, 2023

Current Payment Status                        Current

Amount past due                                    $0

Worst Payment Status                          Current







| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 2/2/9 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873

(877) 825-3242

**CREDIT ONE BANK**
Reported: Feb. 16, 2024

$0.00
Closed

**Overview**

Today    Credit    Cards    Loans    Money


Monthly payment                                        No Info

Opened                              Jul. 09, 2021 (3 yrs, 2 mos)







## Payment History

You've made **81%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● |   |   |   |   |   |   |   |   |   |   |   |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ● | ● | ● | ● | ● | ✓ | ✓ |
| 2022 | ● | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ | ✓ |
| 2021 |   |   |   |   |   |   | ● | ● | ● | ● | ● | ● |

✓ Current    ✗ Late    ● Unknown

| | |
|---|---|
| Last payment | Jan. 01, 2023 |
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 2/1/8 |
| Closed | No Info |

## You could dispute an error with Equifax

## SEE AN ERROR?

    



## Creditor Information

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873

(877) 825-3242

**KIKOFF LENDING, LLC**
Reported: Jun. 30, 2023

**$0.00**
**Closed**

## Overview

You're currently using **0%** of your account's limit.

Balance
$0

Credit limit
$750

Monthly payment

No Info

Opened

Aug. 22, 2022 (2 yrs)

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ |   |   |   |   |   |   |   |
| 2022 |   |   |   |   |   |   |   | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ⊘ Unknown

Today          Credit          Cards          Loans          Money

Amount past due

$0

Worst Payment Status

Current

## Account Details

Account status

Paid and Closed

Type

Charge Account

Responsibility

Individual Account.

Remarks

No Info

Times 30/60/90 days late

0/0/0

Closed

Jun. 01, 2023

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

## Creditor Information

KIKOFF LENDING, LLC
PO BOX 40070
RENO, NV 89504

(775) 993-6992


Today


Credit


Cards


Loans


Money

## Overview

You're currently using **227%** of your account's limit.

Balance
$1021

Credit limit
$450

Monthly payment

No info

Opened

Jun. 19, 2018 (6 yrs, 2 mos)

## Payment History

You've made **86%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ✗ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ◉ | | | |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown

Last payment

Jan. 01, 2023

Current Payment Status

Charge-off

Amount past due

$1021

Worst Payment Status

Charge-off


Today


Credit



Cards



Loans


Money

🔔

| | |
|---|---|
| Account status | Closed |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 4/2/4 |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873

(877) 825-3242

**CREDIT ONE BANK**
Reported: Jan. 19, 2022

**$577.00**
**Closed**

**Overview**

    

Today          Credit          Cards          Loans          Money

Monthly payment                                    No Info

Opened                                 Feb. 07, 2019 (5 yrs, 7 mos)









## Payment History

You've made **74%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✗ | ✗ | ✗ | ✗ | ☉ |
| 2020 | ✗ | ✗ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✗ | ✓ |
| 2019 |  |  |  |  |  |  |  |  |  | ☉ | ✓ | ✗ |

✓ Current    ✗ Late    ☉ Unknown

| Last payment | Jun. 01, 2021 |
|---|---|
| Current Payment Status | Charge-off |
| Amount past due | $577 |
| Worst Payment Status | Charge-off |

## Account Details

| Account status | Closed |
|---|---|
| Type | Credit Card |
| Responsibility | Authorized User |
| Remarks | Charged off account |
|  | Account previously in dispute - Now resolved by data furnisher |
| Times 30/60/90 days late | 3/2/5 |
| Closed | No Info |

## You could dispute an error with Equifax

### SEE AN ERROR?



| Today | Credit | Cards | Loans | Money |

**Creditor Information**

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873

(877) 825-3242

## CAPITAL ONE BANK USA
Reported: Jul. 16, 2021

**$0.00**
**Closed**

### Overview

You're currently using **0%** of your account's limit.

| | |
|---|---|
| Balance | Credit limit |
| No Info | $500 |
| Monthly payment | $25 |
| Opened | May 30, 2021 (3 yrs, 3 mos) |

### Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | | | ⊙ | ✓ | | | | | | |

✓ Current    ✗ Late    ⊙ Unknown

Last payment                                          Jul. 01, 2021

Today        Credit        Cards        Loans        Money

Worst Payment Status

Current

## Account Details

Account status

Closed

Type

Credit Card

Responsibility

Terminated

Remarks

No Info

Times 30/60/90 days late

0/0/0

Closed

No Info

## You could dispute an error with Equifax

### SEE AN ERROR?

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

## Creditor Information

CAPITAL ONE BANK USA
PO BOX 31293
Salt Lake City, UT 84131-1293

(800) 955-7070


Today


Credit


Cards


Loans


Money

## Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance | Highest Balance |
| $0 | $724 |
| Monthly payment | No info |
| Opened | May 17, 2021 (3 yrs, 3 mos) |
| Term | 24 months |

## Payment History

You've made **100%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | | | | | |
| 2023 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2022 | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |
| 2021 | | | | | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ | ◉ |

✓ Current   ✗ Late   ◉ Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2022 |
| Current Payment Status | Current |
| Worst Payment Status | Current |

    

| | |
|---|---|
| Account status | Paid |
| Type | Secured |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| | Fixed rate |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Dec. 01, 2022 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX 78723

(877) 883-0999

**POPULAR BANK**                                    **$0.00**
Reported: Aug. 16, 2024                             **Closed**


 Today

 Credit

 Cards

 Loans

 Money

$0                                                        $2500

Monthly payment                                          No Info

Opened                              Apr. 24, 2019 (5 yrs, 4 mos)

Term                                                     No Info

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ● | ● | ● | ● | ● | ● | ● |   |   |   |   |   |
| 2023 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2022 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2021 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✓ Current     ✕ Late     ● Unknown

Last payment                                        Jul. 01, 2019

Current Payment Status                                  Current

Worst Payment Status                                    Current


Today


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Paid |
| Type | Secured |
| Responsibility | Individual Account. |
| Remarks | Consumer disputes this account information |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Jul. 01, 2019 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

POPULAR BANK
7 WEST 51ST STREET
NEW YORK, NY 10019

(212) 445-1800

**LOQBOX FINANCE US LL**
Reported: May 31, 2022

**$0.00**
**Closed**

**Overview**


Today

Credit

Cards


Loans


Money

Monthly payment

No Info

Opened

Jun. 05, 2021 (3 yrs, 3 mos)

Term

12 months

## Payment History

You've made **100%** of payments for this account on time.

|  | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ |  |  |  |  |  |  |  |  |
| 2021 |  |  |  |  |  | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current    ✗ Late    ◉ Unknown

Last payment

May 01, 2022

Current Payment Status

Current

Worst Payment Status

Current

## Account Details

Account status

Paid and Closed

Type

Secured

Responsibility

Individual Account

Remarks

Fixed rate

Times 30/60/90 days late

0/0/0

Closed

May 01, 2022

 Today     Credit     Cards     Loans     Money



**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

LOQBOX FINANCE US LL
450 LEXINGTON AVE
NEW YORK, NY 10017-3904

(917) 510-6810

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

**GLOBAL LENDING SERVI**              **Auto Financing**
Inquiry: Mar. 08, 2024                       **(877) 298-1345**

**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

GLOBAL LENDING SERVI
1200 BROOKFIELD
GREENVILLE, SC
29607-6583
(877) 298-1345


Today


Credit


Cards


Loans


Money



**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

SMG AUTOMOTIVE HOLDI
2286 FLATBUSH AVE
BROOKLYN, NY
11367-4518
(718) 713-3000

**EDAID LIMITED**
Inquiry: Aug. 23, 2023

Miscellaneous
(929) 888-9294

**See an error?**

Find out how to dispute a hard inquiry

**Institution Information**

EDAID LIMITED
175 VARICK ST
NEW YORK, NY
10014
(929) 888-9294

**Family First of NY F**
Inquiry: Jun. 30, 2023

Credit Unions
(585) 586-8225

**See an error?**

Find out how to dispute a hard inquiry


Today


Credit


Cards


Loans


Money

2520 Browncroft Blvd
Rochester, NY
14625-1526
(585) 586-8225

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

### PORTFOLIO RECOVERY A
Reported: Aug. 25, 2024

$1,088.00
**Needs Attention**

#### Overview

You have **100%** left to pay on this collection.

| | |
|---|---|
| Balance | Highest Balance |
| $1088 | $1088 |
| Opened | Oct. 25, 2023 (10 mos) |
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account |
| Remarks | Consumer disputes after resolution |
| | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |

| | | | | |
|---|---|---|---|---|
| Today | Credit | Cards | Loans | Money |





**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

PORTFOLIO RECOVERY A
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

**PORTFOLIO RECOVERY A**                                   $1,021.00
Reported: Aug. 25, 2024                                **Needs Attention**

**Overview**

You have **100%** left to pay on this collection.

Balance                                                Highest Balance
$1021                                                  $1021


Today


Cards


Loans


Money

| | |
|---|---|
| Account status | Open |
| Type | No Info |
| Responsibility | Individual Account |
| Remarks | Consumer disputes after resolution |
| | Collection account |
| Original Creditor Name | No Info |
| Closed | No Info |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

We've sent your dispute request to TransUnion, and we'll let you know when it's complete.

GO TO EQUIFAX

**Creditor Information**

PORTFOLIO RECOVERY A
120 CORPORATE BLVD, STE 100
NORFOLK, VA 23502

(757) 519-9300

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

| Today | Credit | Cards | Loans | Money |
|---|---|---|---|---|

## Suggested for your credit

Suggested cards

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

Advertiser Disclosure

## OpenSky® Launch Secured Visa® Credit Card



★★★★☆
22 Reviews

Your chance of approval is **excellent**

ⓘ

**MIN. DEPOSIT**

$100
Refundable

**ANNUAL FEE** ⓘ

$24 for the first year, then $36 thereafter

**REGULAR PURCHASE APR**

29.99%* Variable

**REWARDS RATE** ⓘ

10%
Cash Back

Continue

See details, rates, and fees



